January 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SHARON CAMPBELL, Appellant

NO. 14-12-00912-CV                    V.

DEBBIE BERG, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sharon Campbell.

We further order this decision certified below for observance.